IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                ) <br>           Plaintiff,                              )<br>                                                                )<br>     v.                                                     )    Criminal Action No. 08- 26<br>                                                                )<br>MICHELLE LYNCH,                             )<br>                                                                )<br>           Defendant.                          ) | |



FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**Count 1**

1. From in or about May 2004 to in or about December 2005, in the District of Delaware, **MICHELLE LYNCH**, defendant herein, devised and intended to devise a scheme and artifice to defraud her employer, Digital Legal Services, of and concerning a total of approximately $123,209.00 in funds owned by Digital Legal Services.

2. It was a part of the scheme and artifice that defendant **MICHELLE LYNCH** would and did fraudulently appropriate to her own use funds entrusted to her by her employer, Digital Legal Services, from a Sun Bank account, in the amount of approximately $90,000.00 .

3. It was a part of the scheme and artifice that defendant **MICHELLE LYNCH** would and did fraudulently appropriate to her own use funds entrusted to her by her employer, Digital Legal Services, from a Wilmington Trust Company account, in the amount of approximately $33,209.00.

4. From in or about October, 2004 to in or about December 2005, in the District of Delaware, defendant **MICHELLE LYNCH**, for the purpose of executing and attempting to execute the

wire communications, certain signals and sounds, that is, wire transfers in the total amount of approximately $90,000.00 from an account owned by Digital Legal Services at Sun Bank to accounts owned by defendant **MICHELLE LYNCH**.

All in violation of Title 18, United States Code, Section 1343.

                                        COLM F. CONNOLLY
                                        United States Attorney

By: _____
      David L. Hall
      Assistant United States Attorney

Dated: 14 FEB 08