PS 42
(Rev 07/93)

# United States District Court

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Michelle Lynch** | ) | Case No. 1:08CR00025-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michelle Lynch, have discussed with Jean M. Lubinsky, Pretrial Services/Probation Officer, modification of my release as follows:

**That the defendant participate in a program of mental health treatment as directed by Pretrial Services.**

I consent to this modification of my release conditions and agree to abide by this modification.

_Michele Lynch_    4-3-08    _Jean Lubinsky_    _____
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    4-3-08
Signature of Defense Counsel    Date

[X]    The above modification of conditions of release is ordered, to be effective on _____.

[ ]    The above modification of conditions of release is not ordered.

_[signature]_    4/7/08
Signature of Judicial Officer    Date

**FILED**
APR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE