IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-26-GMS |
| | : | |
| MICHELLE LYNCH, | : | |
| | : | |
| Defendant. | : | |

### ORDER

In response to Ms. Lynch's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this 6th day of May, 2008, that Defendant's sentencing hearing be re-scheduled for the 15th day of July, 2008 at 2:15 a.m./p.m.

The Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE