IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 08-26 GMS ) |
| MICHELE LYNCH, | ) ) |
| Defendant. | ) |

### ORDER

At Wilmington, this 15th day of July 2008, having conducted a sentencing hearing in the above-captioned matter;

IT IS ORDERED that the United States Marshal shall hold the defendant, Michele Lynch, in the facility located in the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware, until such time that the defendant's family is brought to the building;

IT IS FURTHER ORDERED that the United States Marshal shall permit the defendant to visit with her family for one-half hour in the Attorney Conference Room, located in the J. Caleb Boggs Federal Building, fourth floor, room 4216.

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED
JUL 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE