IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-26-GMS |
| MICHELLE LYNCH, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Michelle Lynch, Defendant, by and through his undersigned attorney, Keir Bradford, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Gregory M. Sleet on August 1, 2008, in the United States District Court for the District of Delaware.

      /s/ Keir Bradford
KEIR BRADFORD, ESQUIRE
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Defendant Michelle Lynch

Dated: August 4, 2008